FLYNN, Respondent, v. UNION SURETY & GUARANTY CO., Appellant. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by John Flynn, as administrator, against the Union Surety & Guaranty Company. E. Norton, for appellant. C. Norwood, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FLYNN v. UNION SURETY & GUARANTY CO. (Supreme Court, Appellate Division, First Department. November 23, 1900.) Action by John Flynn, as administrator, against the Union Surety & Guaranty Company. No opinion. Motion denied, with $10 costs.

FOGERTY, Appellant, v. UNION RY. CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by Elizabeth Fogerty, as administratrix, against the Union Railway Company of New York. J. T. Canavan, for appellant. E. Treadwell, for respondent. No opinion.
PER CURIAM. Judgment and order affirmed, with costs.
VAN BRUNT, P. J., dissents.

FOWLER et al. v. McGOVEEN et al. (Supreme Court, Appellate Division, First Department. November 16, 1900.) Action by Joseph D. Fowler and others against Joseph P. McGoveen and others. No opinion. Motion dismissed.

In re FRIES. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) In the matter of Anna A. C. Fries, lunatic. No opinion. Appeal dismissed, under general rule No. 39. See 62 N. Y. Supp. 1137.

FRUETT, Respondent, v. ONDERDONK, Appellant. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Miers F. Fruett against Andrew Onderdonk. C. P. Howland, for appellant. G. D. Mumford, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re GALL. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) In the matter of the appraisal of the property of Joseph Gall, deceased. No opinion. Order of surrogate's court of Kings county affirmed on argument, with $10 costs and disbursements.

GALLAGHER, Appellant, v. KEATING, Highway Com'r, et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by John Gallagher against John P. Keating, commissioner of highways in the city of New York, and others. No opinion. Motion denied.

GENESEE SAVINGS & LOAN ASS'N, Appellant, v. ALLEN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 8, 1901.) Action by the Genesee Savings & Loan Association against Charles M. Allen and others. From an interlocutory judgment sustaining a demurrer, plaintiff appeals. Affirmed.
PER CURIAM. Interlocutory judgment affirmed, with costs, and demurrer sustained, with costs, with leave to the plaintiff to plead over upon the usual terms, upon the authority of McClure v. Wilson, 13 App. Div. 274, 43 N. Y. Supp. 209, and McClure v. Law, 161 N. Y. 78, 55 N. E. 388.
McLENNAN, J. (dissenting). I dissent, upon the ground that the complaint states but a single cause of action, to wit, a conspiracy on the part of the defendants to destroy the plaintiff and dissipate its property; that the result of such conspiracy was to put certain moneys into the hands of the conspiring defendants, and, in addition, to cause damage to plaintiff; that in the same action the fruits of the conspiracy received by the defendants, and any and all damages resulting from such conspiracy, may be recovered, and any contracts made between the participants in such conspiracy may be set aside.
SPRING, J., concurs.

GENEVA MINERAL SPRINGS CO., Limited, Respondent, v. COURSEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by the Geneva Mineral Springs Company, Limited, against Stephen Coursey and others. No opinion. Judgment modified, in accordance with memorandum by ADAMS, P. J., filed with the clerk, and, as thus modified, affirmed, without costs of this appeal to either party.

GIBBS v. ROCHESTER RY. CO. (Supreme Court, Appellate Division, Fourth Department. November 27, 1900.) Action by Clinton Gibbs against the Rochester Railway Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the court of appeals denied. See 66 N. Y. Supp. 1131.

In re GOODYEAR. (Supreme Court, Appellate Division, Fourth Department. November 27, 1900.) In the matter of the final judicial settlement of the accounts of Sarah A. Goodyear, as sole administratrix, etc., of Elizabeth La T. Goodyear, deceased. No opinion. Decree of surrogate's court affirmed, with costs.

GOWDEY, Appellant, v. REDFIELD et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 23, 1900.) Action by Sanford S. Gowdey against William L. Redfield and another. No opinion. Motion denied.

GRAHAM, Appellant, v. BOYER, Respondent. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Jennie Graham against Frank W. Boyer. No opinion. Motion for reargument denied. See 65 N. Y. Supp. 1134.

GRAHAM, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 30, 1900.) Action by John Graham against the